IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01050-WJM-KLM

RHONDA MYERS,

    Plaintiff,

v.

BROOKDALE SENIOR LIVING COMMUNITIES, INC., doing business as Parkplace Retirement Community,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Remove Incorrectly Filed Document From the Docket** [Docket No. 11; Filed May 15, 2012] (the "Motion"). Due to a misunderstanding between the parties concerning whether Defendant would waive service, both a Summons Returned Executed [#9] and a Waiver of Service [#10] were entered on the docket. With the Summons Returned Executed, Defendant's answer was due May 15, 2012. With the Waiver, Defendant's answer is due June 25, 2012. The parties seek to clarify this conflict by asking the Court to remove the Summons Returned Executed from the docket.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART**.

    IT IS FURTHER **ORDERED** that the Summons Returned Executed [#9] is **STRICKEN** and that the Clerk of the Court shall indicate on the docket that the Summons is stricken.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to Plaintiff's Complaint [#1] **no later than June 25, 2012**.

    Dated: May 16, 2012