IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01050-WJM-KLM

RHONDA MYERS,

    Plaintiff,

v.

BROOKDALE SENIOR LIVING COMMUNITIES, INC., doing business as Parkplace Retirement Community,

    Defendant.

_____

# ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Compel Arbitration** [Docket No. 15; Filed June 25, 2012] (the "Motion"). On June 27, 2012, Plaintiff filed a Response [#17], confirming that she does not oppose any aspect of the Motion. The Court has reviewed the Motion, Plaintiff's Response, the entire case file, and the applicable law and is sufficiently advised in the premises. Having considered the unopposed Motion, and finding good cause therefor,

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**.[1]

    IT IS FURTHER **ORDERED** that the parties shall proceed to arbitration in a manner consistent with the Employment Binding Arbitration Agreement [#15-1].

    IT IS FURTHER **ORDERED** that this matter is **STAYED** pending completion of the

---

[1] *See Vernon v. Qwest Commc'ns Int'l, Inc.*, No. 09-cv-01840-RBJ-CBS, __ F. Supp. __, __, 2012 WL 768125, at * (D. Colo. Mar. 8, 2012) (determining that a motion to compel arbitration referred to magistrate judge is non-dispositive and thus may be ruled on by order).

arbitration proceedings.[2]

IT IS FURTHER **ORDERED** that the Scheduling Conference set for July 12, 2012 at 11:00 a.m. is **VACATED**.

Dated:  July 3, 2012

BY THE COURT:

*/s/ Kristen L. Mix*

Kristen L. Mix
United States Magistrate Judge

---

[2] *See Amazing Technologies, LLC v. Blacklodge Studios, LLC*, No. 10-cv-03077-WJM-KLM, 2012 WL 683512, at *6 (D. Colo. Mar. 2, 2012) (staying case on claims and parties that were compelled to arbitration).