**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-01050-WJM-KLM

RHONDA MYERS,

    Plaintiff,

v.

BROOKDALE SENIOR LIVING COMMUNITIES, INC, d/b/a PARKPLACE RETIREMENT COMMUNITY

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter comes before the Court *sua sponte*. Defendant filed an Unopposed Motion to Compel Arbitration on June 25, 2012, (ECF No. 15). On July 3, 2012 U.S. Magistrate Judge Kristen L. Mix entered an Order granting the Unopposed Motion to Compel Arbitration (ECF No. 18). As a consequence, this case was STAYED pending the completion of the arbitration proceedings. The Court now having considered the effect of the Stay on these proceedings, and being otherwise fully advised, ORDERS as follows:

Pursuant to local rule D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED. The Parties may seek leave to reopen this case, for good cause shown, at the conclusion of the Arbitration.

Dated this 9th day of July, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge